UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
COLEMAN-HENDERSON, DESIRE NOE § Case No. 10-02562
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

          Kenneth Gardner
          U.S. Bankruptcy Court Clerk
          219 South Dearborn Street- 7th Floor
          Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 10/28/2010 in Courtroom 619,

          United States Courthouse
          219 South Dearborn Street
          Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____  By: Kenneth S. Gardner_____
                                                                     Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
COLEMAN-HENDERSON, DESIRE NOE § Case No. 10-02562
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 10,155.19 |
| *and approved disbursements of* | $ | 3,864.00 |
| *leaving a balance on hand of*[1] | $ | 6,291.19 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: Phillip D. Levey* | $ 1,379.12 | $ 29.47 |
| *Attorney for trustee: Phillip D. Levey* | $ 2,158.00 | $ 0.00 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |
| *Other:* | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,669.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.4 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Ford Motor Credit Company LLC P O Box 6275 Dearborn, MI 48121 | $ 0.00 | $ 0.00 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | C/O Sallie Mae, Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706 | $ 4,582.41 | $ 796.78 |
| 000003 | PYOD LLC its successors and assigns as assignee of<br>Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $ 3,465.52 | $ 602.58 |
| 000004 | GE Money Bank dba<br>SHOPNBC<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | $ 1,809.15 | $ 314.57 |
| 000005 | CitiCorp Trust Bank<br>P.O. Box 140489<br>Irving, TX 75014-0489 | $ 448.96 | $ 78.06 |
| 000006 | CitiFinancial Inc<br>P.O. Box 140489<br>Irving, TX 75014-0489 | $ 5,363.59 | $ 932.61 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

  The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

           Prepared By: /s/Phillip D. Levey_____
                Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: froman                Page 1 of 1              Date Rcvd: Oct 04, 2010
Case: 10-02562                Form ID: pdf006             Total Noticed: 28
```

The following entities were noticed by first class mail on Oct 06, 2010.
```
db            +Desire Noe Coleman-Henderson,    2824 188th St,    Lansing, IL 60438-3402
aty           +Patrick C Shifley,    Law Offices of Ernesto D. Borges,    105 W. Madison,    2300,
               Chicago, IL 60602-4647
tr            +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
15485415      +C/O Sallie Mae, Inc.,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
14998423      +Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,    Norcross, GA 30091-5155
15670985       CitiCorp Trust Bank,    P.O. Box 140489,    Irving, TX 75014-0489
15711352       CitiFinancial Inc,    P.O. Box 140489,    Irving, TX 75014-0489
14998424      +Citifinancial,    Po Box 499,    Hanover, MD 21076-0499
14998425      +Citifinancial Retail Services,    Po Box 140489,    Irving, TX 75014-0489
14998426      +Crd Prt Asso,    13355 Noel Rd Ste 2100,    Dallas, TX 75240-6837
14998429     ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
              (address filed with court:   Ford Motor Credit Corporation,     National Bankruptcy Center,
               Po Box 537901,    Livonia, MI 48153)
14998428      +Fifth Third Bank,    C/O Bankruptcy Dept, Mdropso5,    1850 East Paris,
               Grand Rapids, MI 49546-6210
15061310      +Ford Motor Credit Company LLC,    P O Box 6275,    Dearborn, MI 48121-6275
15602133      +GE Money Bank dba SHOPNBC,    Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,
               Miami FL 33131-1605
14998431      +Hsbc/carsn,    Pob 15521,    Wilmington, DE 19850-5521
14998432      +Macys/fdsb,    Macy's Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
14998433      +National City,    Attn: Bankruptcy,    Po Box 5570,    Cleveland, OH 44101-0570
14998435      +Pierce & Associates,    1 North Dearborn Suite 1200,    Chicago, IL 60602-4331
14998436      +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1902
14998438      +Sallie Mae,    11100 Usa Pkwy,    Fishers, IN 46037-9203
14998439      +Sears/cbsd,    701 East 60th St N,    Sioux Falls, SD 57104-0432
15271724      +Village of Riverdale,    157 W 144th St,    Riverdale, IL 60827-2707
```

The following entities were noticed by electronic transmission on Oct 05, 2010.
```
14998422      +E-mail/PDF: recoverybankruptcy@afninet.com Oct 05 2010 01:21:41      Afni, Inc.,
               Attn: DP Recovery Support,    Po Box 3427,    Bloomington, IL 61702-3427
14998427      +E-mail/Text: ACOZZI@CREDITUNION1.ORG                            Credit Union 1,
               2730 S. Tibbs Avenue,    Indianapolis, IN 46241-5351
14998430      +E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2010 01:31:42      Gemb/shopnbc Plcc,    Po Box 981400,
               El Paso, TX 79998-1400
14998434      +E-mail/Text: bankrup@nicor.com                            Nicor Gas,
               Attention:  Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9662
15589898       E-mail/Text: resurgentbknotifications@resurgent.com
               PYOD LLC its successors and assigns as assignee of,     Citibank, N.A.,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14998437      +E-mail/Text: ebn@phinsolutions.com                            Rjm Acq Llc,
               575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
                                                                                               TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
aty*          +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 06, 2010**                                **Signature:**   *Joseph Speetjens*