UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
COLEMAN-HENDERSON, DESIRE NOE § Case No. 10-02562
§
Debtor(s) §
§

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Phillip D. Levey_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Desire Noe Coleman-Henderson |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Fifth Third Bank C/O Bankruptcy Dept, Mdropso5 1850 East Paris Grand Rapids, MI 49546 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ford Motor Credit Corporation National Bankruptcy Center Po Box 537901 Livonia, MI 48153 | | | | | |
| | National City Attn: Bankruptcy Po Box 5570 Cleveland, OH 44101 | | | | | |
| | Pnc Mortgage 6 N Main St Dayton, OH 45402 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Afni, Inc. Attn: DP Recovery Support Po Box 3427 Bloomington, IL 61702 | | | | | |
| | Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citifinancial Po Box 499 Hanover, MD 21076 | | | | | |
| | Citifinancial Retail Services Po Box 140489 Irving, TX 75014 | | | | | |
| | Crd Prt Asso 13355 Noel Rd Ste 2100 Dallas, TX 75240 | | | | | |
| | Credit Union 1 2730 S. Tibbs Avenue Indianapolis, IN 46241 | | | | | |
| | Gemb/shopnbc Plcc Po Box 981400 El Paso, TX 79998 | | | | | |
| | Hsbc/carsn Pob 15521 Wilmington, DE 19805 | | | | | |
| | Macys/fdsb Macy's Bankruptcy Po Box 8053 Mason, OH 45040 | | | | | |
| | Nicor Gas Attention: Bankruptcy Department 1844 Ferry Road Naperville, IL 60507 | | | | | |
| | Rjm Acq Llc 575 Underhill Blvd Ste 2 Syosset, NY 11791 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sallie Mae 11100 Usa Pkwy Fishers, IN 46037 | | | | | |
| | Sears/cbsd 701 East 60th St N Sioux Falls, SD 57117 | | | | | |
| 000002 | C/O SALLIE MAE, INC. | | | | | |
| 000005 | CITICORP TRUST BANK | | | | | |
| 000001 | FORD MOTOR CREDIT COMPANY LLC | | | | | |
| 000006 | CITIFINANCIAL INC | | | | | |
| 000004 | GE MONEY BANK DBA SHOPNBC | | | | | |
| 000003 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-02562 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | Phillip D. Levey |
| Case Name: | COLEMAN-HENDERSON, DESIRE NOE | | | Date Filed (f) or Converted (c): | 01/24/10 (f) |
| | | | | 341(a) Meeting Date: | 03/01/10 |
| For Period Ending: | 01/23/11 | | | Claims Bar Date: | 06/15/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE LOCATED AT 2824 188TH ST, LANSING IL 6 | 182,000.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. REAL ESTATE LOCATED AT 14307 EGGLESTON, RIVERDALE | 90,000.00 | 0.00 | DA | 0.00 | FA |
| 3. CHECKING ACCOUNT WITH CHASE | 700.00 | 700.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 4. HOUSEHOLD ITEMS | 1,600.00 | 1,600.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. CLOTHING | 2,000.00 | 2,000.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 6. LIFE INSURANCE POLICY HELD BY PRIME AMERICA | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. 401(K) WITH EMPLOYER | 78,000.00 | 78,000.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. 2008 CHYRSLER 300 WITH 28K IN MILEAGE | 10,575.00 | 10,575.00 | OA | 0.00 | FA |
| 9. 1999 FORD EXPLORER XLT WITH 130K IN MILEAGE ON THE | 725.00 | 725.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. Income Tax Refund (u) | 0.00 | 8,403.00 | | 10,154.05 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.28 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $365,600.00     $102,003.00     $10,155.33     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): / /     Current Projected Date of Final Report (TFR): / /

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Ver: 16.01c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit 9

| Case No: | 10-02562 -JPC | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | COLEMAN-HENDERSON, DESIRE NOE | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3577  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0040 | | |
| For Period Ending: | 01/23/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/15/10 | 10 | Desiree Coleman-Henderson | Income Tax Refund Turnover-Partial | 1224-000 | 616.00 | | 616.00 |
| 03/15/10 | 10 | Desiree Coleman-Henderson | Income Tax Refund-Balance | 1224-000 | 9,538.05 | | 10,154.05 |
| 03/31/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.12 | | 10,154.17 |
| 04/17/10 | 000101 | Desire Noe Coleman-Henderson | Exemption and Tax Credits | 8100-002 | | 3,864.00 | 6,290.17 |
| | | 2824 188th St | Payment in full of claim of exemption re 2009 tax | | | | |
| | | Lansing, IL  60438 | refund and re-payment of various tax credits. | | | | |
| 04/30/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.22 | | 6,290.39 |
| 05/28/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,290.54 |
| 06/30/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,290.70 |
| 07/30/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,290.86 |
| 08/31/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,291.03 |
| 09/30/10 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,291.19 |
| 10/30/10 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.14 | | 6,291.33 |
| 10/30/10 | | Transfer to Acct #*******5708 | Final Posting Transfer | 9999-000 | | 6,291.33 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 10,155.33 | 10,155.33 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 6,291.33 | |
| Subtotal | 10,155.33 | 3,864.00 | |
| Less:  Payments to Debtors | | 3,864.00 | |
| Net | 10,155.33 | 0.00 | |

Page Subtotals    10,155.33    10,155.33

Ver: 16.01c

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-02562 -JPC | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | COLEMAN-HENDERSON, DESIRE NOE | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5708 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0040 | | | |
| For Period Ending: | 01/23/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/30/10 | | Transfer from Acct #*******3577 | Transfer In From MMA Account | 9999-000 | 6,291.33 | | 6,291.33 |
| 11/01/10 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 1,379.13 | 4,912.20 |
| 11/01/10 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 29.47 | 4,882.73 |
| 11/01/10 | 000103 | Phillip D. Levey | ATTORNEY FEES | 3110-000 | | 2,158.00 | 2,724.73 |
| 11/01/10 | 000104 | C/O Sallie Mae, Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706 | Claim 000002, Payment 17.38867% | 7100-000 | | 796.82 | 1,927.91 |
| 11/01/10 | 000105 | PYOD LLC its successors and assigns as assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000003, Payment 17.38873% | 7100-900 | | 602.61 | 1,325.30 |
| 11/01/10 | 000106 | GE Money Bank dba SHOPNBC<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000004, Payment 17.38828% | 7100-900 | | 314.58 | 1,010.72 |
| 11/01/10 | 000107 | CitiCorp Trust Bank<br>P.O. Box 140489<br>Irving, TX 75014-0489 | Claim 000005, Payment 17.38908% | 7100-000 | | 78.07 | 932.65 |
| 11/01/10 | 000108 | CitiFinancial Inc<br>P.O. Box 140489<br>Irving, TX 75014-0489 | Claim 000006, Payment 17.38854% | 7100-900 | | 932.65 | 0.00 |

Page Subtotals     6,291.33     6,291.33

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

Page: 3

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-02562 -JPC | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | COLEMAN-HENDERSON, DESIRE NOE | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5708 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0040 | | | |
| For Period Ending: | 01/23/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 6,291.33 | 6,291.33 | 0.00 |
| Less: Bank Transfers/CD's | 6,291.33 | 0.00 | |
| Subtotal | 0.00 | 6,291.33 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 6,291.33 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********3577 | 10,155.33 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - ********5708 | 0.00 | 6,291.33 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 10,155.33 | 6,291.33 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*